# EXHIBIT A

Case 2:26-cv-00166-GRB-AYS Document 1-2 Filed 01/12/26 Page 2 of 19 PageID #: 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

----------------------------------------------------------------------X

DAMARIS TORRES,

                  Plaintiff,

       - against -

UGEARS USA, CORP., AMAZON LOGISTICS, INC.,
FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO.,
LTD., FUJIAN AOWEI ELECTRON CO., LTD. and
GUANGZHOU JUNYE PACKAGING INDUSTRY CO.,
LTD.,

                  Defendants.

----------------------------------------------------------------------X

Index No.:

Date Purchased:

**SUMMONS**

Plaintiff designates Suffolk
County as the place of trial.

The basis of venue is:
Plaintiff's residence

Plaintiff resides at:
105 Overlook Drive
Farmingville, NY 11738

County of SUFFOLK

**To the abovenamed Defendant(s):**

      **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiffs' attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  Garden City, New York
       May 16, 2025

                                     _____

                                     JOSEPH G. DELL
                                     DELL & DEAN, PLLC
                                     *Attorneys for Plaintiff*
                                     *DAMARIS TORRES*
                                     1225 Franklin Avenue, Suite 360
                                     Garden City, New York 11530
                                     (516) 880-9700
                                     File No. 6301

TO:    UGEARS USA, CORP. *– Via Secretary of State*
       509 Buel Avenue
       Staten Island, New York 10305

UGEARS USA, CORP.
509 Buel Avenue
Staten Island, New York 10305

AMAZON LOGISTICS, INC. – *Via Secretary of State*
Corporation Service Company
80 State Street
Albany, New York 12207

AMAZON LOGISTICS, INC.
410 Terry Avenue North
Seattle, Washington 98109

FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD.
No. 6, Chengjialong Industrial Park
Fu'an City, Fujian Province
China, Postal Code 355000

FUJIAN AOWEI ELECTRON CO., LTD.
No. 6, Chengjialong Industrial Park
Fu'an City, Fujian Province
China, Postal Code 355000

GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.
Dashi Street, 3rd Floor, Building A7
Yunke Town, Guangzhou, Panyu District
Guangdong, China, Postal Code 510000

Case 2:26-cv-00166-GRB-AYS    Document 1-2    Filed 01/12/26    Page 4 of 19 PageID #: 15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-------------------------------------------------------------------------X
DAMARIS TORRES,

               Plaintiffs,

       - against -

UGEARS USA, CORP., AMAZON LOGISTICS, INC.,
FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO.,
LTD., FUJIAN AOWEI ELECTRON CO., LTD. and
GUANGZHOU JUNYE PACKAGING INDUSTRY CO.,
LTD.,

               Defendants.

-------------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, **DELL & DEAN, PLLC**, complaining of the Defendants, respectfully allege, upon information and belief:

### AS AND FOR A FIRST CAUSE OF ACTION
### ON BEHALF OF DAMARIS TORRES

1.    At all times herein mentioned, Plaintiff **DAMARIS TORRES** was and still is a resident of the County of Suffolk, State of New York.

2.    That at all times herein mentioned, Defendant **UGEARS USA, CORP.,** was and still is a domestic corporation, foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of New York.

3.    That at all times herein mentioned, Defendant **AMAZON LOGISTICS, INC.,** was and still is a domestic corporation, foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the State of Washington and doing business within the State of New York.

4. That at all times herein mentioned, Defendant **FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD.,** was and still is a domestic corporation, foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the Country of China and doing business within the State of New York.

5. That at all times herein mentioned, Defendant **FUJIAN AOWEI ELECTRON CO., LTD.,** was and still is a domestic corporation, foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the Country of China and doing business within the State of New York.

6. That at all times herein mentioned, Defendant **GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.,** was and still is a domestic corporation, foreign corporation or other legal entity duly organized and existing under and by virtue of the laws of the Country of China and doing business within the State of New York.

7. That Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.**, committed a tortious act within the State of New York.

8. That Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** regularly does, or solicits, business in the State of New York.

9. That Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.**

received substantial revenue from goods used or consumed, or services rendered, in the State of New York.

10.    That at all times herein mentioned the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD.,   FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** were in the business of selling, manufacturing and distributing a Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) for the purpose of sale and use to the general public.

11.    That at all times herein mentioned the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** were in the business of selling, manufacturing and distributing a Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) for the purpose of sale and use to businesses.

12.    That the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** designed, manufactured, assembled, created, tested, inspected, produced, marketed, imported, distributed, marketed and sold a certain product called a Ugears Massage Chair bearing Model No.

Case 2:26-cv-00166-GRB-AYS Document 1-2 Filed 01/12/26 Page 7 of 19 PageID #: 18

B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black).

13. That at all times herein mentioned, on September 9, 2023, the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** manufactured, sold, distributed and delivered to various retailers the above-mentioned product.

14. That on September 9, 2023, Plaintiff **DAMARIS TORRES**, used said product of Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** in the manner intended and/or foreseeably intended, when the product malfunctioned, failed, jammed, allowed for hair to get caught in it, and/or otherwise caused injury to the plaintiff, thereby causing severe and catastrophic personal injuries to plaintiff.

15. That the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** warranted said product was fit for the purpose for which it was intended.

16. That the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.**

warranted that said product was safe to use in every respect, and had been designed, created, assembled and manufactured safely and warranted that it was good, safe and proper to use.

17.    That the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** impliedly warranted that the said product was of merchantable quality and was safe for use.

18.    That the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** designed, created, manufactured, assembled, tested, inspected, produced, marketed, imported, distributed and sold a certain Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) which caused Plaintiff, **DAMARIS TORRES**, to suffer severe and permanent personal injuries

19.    That relying upon said warranties, Plaintiff **DAMARIS TORRES** proceeded to use the said product in accordance with its intended use.

20.    That Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** warranted and labeled its product and provided certain written instructions on said label in connection with the use of the product.

21.     That on September 9, 2023, the Plaintiff **DAMARIS TORRES** while using the product in accordance with its intended use and pursuant to the written instructions set forth on the aforesaid label, was caused to suffer and sustain severe bodily injuries.

22.     That the aforesaid injuries were caused without any fault and/or negligence on the part of the Plaintiff **DAMARIS TORRES** contributing thereto.

23.     That the aforesaid accident was caused solely and wholly by reason that Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** breached their warranties of merchantability and fitness for intended use of the said product which warranties were both express and implied.

24.     That the negligence, carelessness, recklessness and gross negligence of the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** in the design, creation, manufacture, assembly, testing, inspection, production, sales, distribution and selling of the aforesaid Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) which was subject to such foreseeable occurrence and in failing to provide proper instructions or warnings; in designing, manufacturing, and placing into the stream of commerce, an inherently and unreasonably dangerous product when used in the ordinary and usual manner; in designing, manufacturing, assembling and distributing a Ugears Massage Chair bearing Model

No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) which was unfit for its intended purposes and was dangerous and unsafe; in failing to warn properly of the dangerous character and quality of the aforesaid Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black); in using defective materials; in failing to warn of its proper use; in failing to properly test and inspect the product during manufacturing and assembly process; in using a defective design; in failing to design a safe product; in placing a defective product on the market; in manufacturing an unsafe product; in using defective material; in failing to utilize a design that utilized a sufficient barrier between the inner motor and the end-user, including the end-user's hair; in selling an unsafe product; in placing an unsafe product in the stream of commerce; in placing an unsafe product in the stream of commerce despite prior complaints; in negligently allowing the subject product to remain on the Amazon website despite prior complaints; in failing to warn against pinch hazards; in failing to warn against hair getting stuck and/or sucked into the chair; in using a design that allows for a person's hair to come in contact with the inner motors of the chair; in failing to design the chair with an emergency off switch and/or kill switch; in failing to design the chair with an accessible emergency off switch and/or kill switch; failing to design the chair and its parts with an emergency stop mechanism that would cease the motor(s) when a foreign object such as hair gets stuck in the inner motors; in failing to use proper material and/or fabric; in failing to adequately separate the motor from the padding and/or cushion; in failing to use stronger material; in failing to create an adequate manual; in negligently and carelessly

warranting, representing and advertising that the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) was safe and free from danger when used in the customary and usual manner; in failing to give proper instructions, warnings and cautions; in failing to maintain the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) which endangered the life and limb of its users; in failing to manufacture, design and placing into the stream of commerce a Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) which was not properly designed, manufactured and assembled; in failing to comply with the applicable laws, rules and regulations; and Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** were otherwise negligent, careless, reckless and grossly negligent in the operation, supervision and maintenance of said product.

25. That by reason of the foregoing, Plaintiff **DAMARIS TORRES** was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff **DAMARIS TORRES** has been caused to incur, and will continue to incur, expenses for medical care and attention; and,

Case 2:26-cv-00166-GRB-AYS   Document 1-2   Filed 01/12/26   Page 12 of 19 PageID #: 23

as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

26. That this action falls within one or more exception set forth in § 1602 of the CPLR.

27. That as a result of the foregoing, Plaintiff **DAMARIS TORRES** was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**AS AND FOR A SECOND CAUSE OF ACTION<br>ON BEHALF OF DAMARIS TORRES**

28. Plaintiff **DAMARIS TORRES** repeats, reiterates and realleges each and every allegation contained in the First Cause of Action, together with the same force and effect as though set forth at length herein.

29. That at all times hereinafter mentioned, the Defendants designed, manufactured and distributed the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) in question, knowing and intending for it to be used by the public.

30. That on September 9, 2023, the Plaintiff, **DAMARIS TORRES**, was making use of the aforesaid Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black), in a manner which the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING**

**INDUSTRY CO., LTD.** knew and intended to be used and/or in a manner foreseeable by the Defendants.

31.     That the said product was defective and that said defect was a substantial factor in causing the injury to the Plaintiff **DAMARIS TORRES**.

32.     That on September 9, 2023, Plaintiff **DAMARIS TORRES**, used the product for the purpose and use normally intended.

33.     That on September 9, 2023, while Plaintiff **DAMARIS TORRES** was using the said product, which was without any guards or warnings, malfunctioned causing Plaintiff to suffer severe bodily injuries.

34.     That upon information and belief, the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) in question was defective in that, among other things, it was made of improper and defective material; it was improperly designed; it was improperly manufactured; it failed to have adequate and proper warnings or instructions; it was not safe to be used for the purposes intended; it was inherently and/or unreasonably dangerous; it will cause severe injuries while being used and the product was otherwise defective.

35.     That on September 9, 2023, while Plaintiff **DAMARIS TORRES** was caused to sustain those bodily injuries through no fault or carelessness of his own, but due wholly and solely to the acts and/or omissions which constituted the negligence of the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.**, their agents, servants, employees and/or licensees in

improperly and negligently manufacturing, designing, producing, distributing and maintaining said product for use by businesses and the general public; and in otherwise being careless and negligent

36. That by reason of the foregoing, the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** their agents, servants, employees and/or licensees are liable to Plaintiff in strict liability and tort, and/or strict product liability.

37. That by reason of the foregoing Defendants are liable to the Plaintiff, **DAMARIS TORRES**, under the doctrine of Strict Products Liability and pursuant to Section 402A - Restatement of Torts Second.

38. That by reason of the foregoing, Plaintiff **DAMARIS TORRES**, has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### AS AND FOR A THIRD CAUSE OF ACTION
### ON BEHALF OF DAMARIS TORRES

39. Plaintiff **DAMARIS TORRES**, repeats, reiterates and realleges each and every allegation contained in the First and Second Causes of Action herein, together with the same force and effect, as though set forth at length herein.

40. That Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** their agents, servants, and/or employees expressly or impliedly warranted and represented to the

plaintiff that the aforesaid Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) was safe, proper, merchantable and fixable, foreseeable and intended uses for which it was designed, manufactured and assembled; that it was not a danger to the user; that it would not be dangerous or present a risk of injury; that it was free from defects, was reasonably safe, was of merchantable quality and reasonably fit for the purposes for which it was designed, manufactured, assembled, inspected, tested, sold and purchased and intended to be used.

41.     That in creating, designing, manufacturing, assembling, testing, inspecting, distributing and selling the aforesaid Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black), the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** their agents, servants and/or employees knew that the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) would be used and the users of said Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) would rely upon the expressed and implied warranties and representations that the

said Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) was safe, proper, merchantable and fit for its intended uses and was free from any defects.

42.    That by reason of the foregoing, the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** violated and breached the aforementioned express and implied warranties and that the Ugears Massage Chair bearing Model No. B-L1 and its parts and/or the OWAYS Massage Chair, Zero Gravity SL Track Massage Chair, Full Body Shiatsu Massage Chair Recliner with Space Saving, Auto Body Detection, Thai Stretching, Bluetooth Speaker, Heat and Foot Roller (Black) was not reasonably fit, not of merchantable quality, unfit for its intended uses, unsafe, defective, and constituted on a reasonably dangerous instrumentality as designed, manufactured, assembled, inspected, tested, sold and distributed.

43.    That Plaintiff **DAMARIS TORRES** was caused to sustain those bodily injuries through no fault or carelessness of his own, but due wholly and solely to the acts and/or omissions which constituted the negligence of the Defendants, **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** their agents, servants, employees and/or licensees in improperly and negligently manufacturing, assembling, testing, inspecting, producing, marketing, importing, distributing and selling said product for use by the general public; and in otherwise being careless and negligent.

44. That by reason of the foregoing, Plaintiff **DAMARIS TORRES**, has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiffs **DAMARIS TORRES** demands judgment against the Defendants **UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.** herein on all causes of action, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Garden City, New York
      May 16, 2025

Yours, etc.

JOSEPH G. DELL
DELL & DEAN, PLLC
*Attorneys for Plaintiff*
*DAMARIS TORRES*
1225 Franklin Avenue, Suite 360
Garden City, New York 11530
(516) 880-9700

Case 2:26-cv-00166-GRB-AYS    Document 1-2    Filed 01/12/26    Page 18 of 19 PageID #: 29

VERIFICATION

STATE OF *New York*,
COUNTY OF *Nassau* } ss.:

I, *Damian Torres* being duly sworn, deposes and says:

I am the plaintiff in the within action;

I have read the following *Summons + Complaint* and believe the same

to be true to my knowledge; the same is true to my knowledge except as to those matters therein

stated to be alleged on information and belief and as to those matters I believe them to be true.

X _____

Sworn to before me this
16th day of *May*, 2025

_____
Notary Public

DONNA M PARENT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA5008225
Qualified in Suffolk County
My Commission Expires 02-16-2027

D2(2021)41 of 49

Case 2:26-cv-00166-GRB-AYS Document 1-2 Filed 01/12/26 Page 19 of 19 PageID #: 30

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

DAMARIS TORRES,

               Plaintiff,

           - against -

UGEARS USA, CORP., AMAZON LOGISTICS, INC., FUJIAN AOWEI HEALTH
TECHNOLOGY GROUP CO., LTD., FUJIAN AOWEI ELECTRON CO., LTD. and
GUANGZHOU JUNYE PACKAGING INDUSTRY CO., LTD.,

               Defendants.

---

### SUMMONS AND VERIFIED COMPLAINT

---

**DELL & DEAN, PLLC**
***Attorneys for Plaintiff***
**1225 Franklin Avenue, Suite 360**
**Garden City, New York 11530**
**(516) 880-9700**

---